FILED

SEP 0 6 2016

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )          16-0459
                                   )
                                   )    Case No. _____
                                   )    (Chapter ___)
          Debtor(s).               )

LIST OF CREDITORS AND MAILING MATRIX

1.   The attached list, serving both as the list required by
Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and
as the mailing matrix required by the court's Local Bankruptcy
Rules, consists of ____/____ pages and a total of ____/____ entities
listed.

2.   The attached list contains a true and correct name and
address of:

- each of my creditors (those entities required to be
  scheduled on Schedules D, E, and F, the Schedules of
  Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G
  - Executory Contracts and Unexpired Leases, that is,
  the parties other than myself, to any unexpired lease
  of real or personal property to which I am a party;

Page 1 of 2

- each entity required to be listed on Schedule H -
  Codebtors (any entity, other than my spouse in a joint
  case, that is also liable on any debts owed to any of
  my listed creditors, including all guarantors and co-
  signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___6___ day of ___September___, ___2006/16___ by:

_____
Debtor

Executed on this ____ day of _____, _____ by:


_____
Joint Debtor (if joint case filed
by both spouses)

Page 2 of 2

Calbier Homes Loans
PO Box 24610
Oklahoma City, OK 73124